**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Haywood Lee CHAVIS, Jr.,**
**Defendant–Appellant.**

No. 13–7171.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 8, 2013.

Decided: Dec. 6, 2013.

Haywood Lee Chavis, Jr., Appellant Pro Se. Lisa Rae McKeel, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Before NIEMEYER, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Haywood Lee Chavis, Jr. appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Chavis,* No. 4:04–cr–00087–WDK–JEB–2 (E.D. Va. filed June 25, 2013; entered June 26, 2013). We deny Chavis's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*